F. A. Winship, appellee, v. Harper and Brothers, appellant.    Gen. No. 24,408.

Action to recover salary due under contract of employment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

Adams, Follansbee, Hawley & Shorey, for appellant. John C. De-Wolfe, for appellee; Fleming D. Hedges, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Wanda Wyscoka, appellee, v. Joseph Brykczynski, appellant.    Gen. No. 24,424.

Action for breach of marriage contract. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles H. Bowles, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed April 29, 1919. Rehearing denied May 10, 1919.

George M. Bagby, for appellant. Smietanka, Fales & Smietanka, for appellee; Charles P. Molthrop, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Charles Oechsle, appellee, v. Henry J. Allmendinger, appellant. Gen. No. 24,209.

Dismissal of action for failure to prosecute. Judgment of dismissal set aside, and judgment by default on failure to appear without special notice. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 29, 1919. Rehearing denied May 10, 1919.

C. J. Waring, for appellant. Fred H. Atwood, Charles O. Loucks and Vernon R. Loucks, for appellee; Harold L. Reeve, of counsel.

---

George S. Kenny, appellee, v. E. F. McDonald & Company, appellant. Gen. No. 24,238.

Action of replevin and trover. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 29, 1919.

Cline C. Brosius and Fred and Aleck L. Bernstein, for appellant. James C. Martin and George M. Bagby, for appellee.

Mr. Justice Barnes delivered the opinion of the court.